

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Number:      01-18-00239-CR

Trial Court Cause
Number:      1466347

Style:      Steven Schmidt

     **v** The State of Texas

Date motion filed*:      12/13/19

Type of motion:      Motion for Extension of time to Files Response to Motion for Rehearing

Party filing motion:      State

Document to be filed:      Response to Motion for Rehearing

Is appeal accelerated? ☐ Yes    ☐ No

If motion to extend time:
     Original due date:      12/31/19
     Number of previous extensions granted:      0
     Date Requested:      30 days

Ordered that motion is:

     ☒ Granted

         If document is to be filed, document due: **January 30, 2020**

         ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

         ☐ The Court will not grant additional motions to extend time.

     ☐ Denied

     ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

     ☐ Other: _____

Judge's signature: /s/ Sherry Radack
     ☒ Acting individually      ☐ Acting for the Court

Date: December 19, 2019